# EXHIBIT 1

SEP 05 2018



**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

U.S. BANK, N.A. AS TRUSTEE FOR THE GSR MORTGAGE LOAN
TRUST 2006-1F; AND DOES 1-10, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

MICHAEL ENOS and PAULA ENOS

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED

2018 AUG 31  A 8: 22

KATE BIEKER
CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CA
BY: D. WAGNER
D. WAGNER DEPUTY CLERK

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* CONTRA COSTA<br>725 Court St.<br>Martinez, CA 94553 | CASE NUMBER:<br>*(Número del Caso):*<br>C18- 01798 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Michael Yesk, 70 Doray Drive, Suite 14, Pleasant Hill, CA 94523-2981; (925) 849-5525

| DATE:  AUG 3 1 2018<br>*(Fecha)* | CLERK OF THE<br>SUPERIOR COURT | Clerk, by<br>*(Secretario)* | D. WAGNER | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
[SEAL]

1. [✓] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)  [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
   [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

RECEIVED BY
SEP 07 2018
TRUST LAW DIVISION DEPT

**SUMMONS**

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

FILED

2018 AUG 31  A 8: 22

KATE BIEKER
CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CA
BY:_____ D. WAGNER
D. WAGNER, DEPUTY CLERK

1  Michael Yesk (SB#130056)
   Yesk Law
2  70 Doray Drive, Suite 14
   Pleasant Hill, CA 94523-2981
3  (925) 849-5525
   yesklaw@gmail.com
4  Attorneys for Plaintiff

5

6              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

7                      **COUNTY OF CONTRA COSTA**

8

9  MICHAEL ENOS and PAULA ENOS,       )   Case No:   **C18- 01798**
                                       )
10        Plaintiffs,                  )
                                       )
11        v.                           )   **COMPLAINT for:**
                                       )     CANCELATION OF INSTRUMENTS
12  U.S. BANK, N.A. AS TRUSTEE FOR THE )     Civil Code §3412 and Civil Code
    GSR MORTGAGE LOAN TRUST 2006-1F;   )     §2924h(b)
13  AND DOES 1-10, INCLUSIVE,          )
                                       )   Complaint filed: August 31, 2018
14        Defendants.                  )
                                       )
15                                     )

                                           PER LOCAL RULE, THIS
16                                         CASE IS ASSIGNED TO
                                           DEPT 33, FOR ALL
                                           PURPOSES.

17        COMES NOW the Plaintiffs MICHAEL ENOS and PAULA ENOS ("Plaintiffs"),

18  complaining against the Defendants, and each of them, as follows:

19                          **INTRODUCTION**

20        1.     This is an action brought by Plaintiffs MICHAEL ENOS and PAULA ENOS

21  ("Plaintiffs") against Defendants U.S. BANK, N.A. AS TRUSTEE FOR THE GSR

22  MORTGAGE LOAN TRUST 2006-1F ("U.S. Bank, as Trustee"), and DOES 1-10,

23  INCLUSIVE, for Cancelation of Instruments (Civil Code §3412 and Civil Code §2924h(b)),.

24  Plaintiffs seek declaratory and injunctive relief.

25        2.     Plaintiff alleges Defendant was not the "present beneficiary" of the Deed of Trust

26  on the date of the Trustee's Sale, and therefore was not qualified nor entitled to make a "credit

                              COMPLAINT - 1

bid" under Civil Code §2924h(b).  The Trustee's Deed Upon Sale is therefore void or voidable due to a lack of or failure of consideration and must be canceled and expunged from the County Records.

3.     Plaintiff alleges that an actual controversy has arisen and now exists between Plaintiff and Defendants.

**PARTIES**

4.     At all relevant times, Plaintiffs MICHAEL ENOS and PAULA ENOS owned the Subject Property, located at 1059 Via Roble, Lafayette, California 94549.

5.     Plaintiff alleges on information and belief that Defendant U.S. BANK, as Trustee, is a national bank organized under the laws of the United States, doing business in California and purporting to be trustee of the GSR MORTGAGE LOAN TRUST 2006-1F ("GSR 2006-1F Trust" or "Trust Pool").

6.     The true names and capacities of Defendants sued herein as DOES 1-10, INCLUSIVE, are unknown to Plaintiff, who therefore sues them by such fictitious names pursuant to Code of Civil Procedure section 474. Plaintiff will amend this Complaint to state the true names and capacities of these Defendants once they have been ascertained. Plaintiff alleges on information and belief that each of these Defendants was in some manner legally responsible for the acts herein alleged and for Plaintiff's damages.

**VENUE AND JURISDICTION**

7.     The Court has personal jurisdiction over the parties because they are residents of the State of California or are doing business in the state of California.

8.     The Subject Property is located within the boundaries of Contra Costa County, California, and the events complained of occurred in Contra Costa County. Thus, jurisdiction and venue are properly with this Court.

**STATEMENT OF FACTS**

9.     On or around October 24, 2005, Plaintiffs MICHAEL ENOS and PAULA ENOS

COMPLAINT - 2

1  executed an interest-only fixed rate promissory note (the "NOTE") and recorded a deed of trust

2  secured against their property located at 1059 Via Roble, Lafayette, California 94549 ("Subject

3  Property"). The deed of trust listed Countrywide Home Loans, Inc., predecessor in interest to

4  Bank of America, N.A. ("BANA") as the original lender, Mortgage Electronic Registration

5  Services ("MERS") as named Beneficiary and Nominee and Recontrust Company, N.A.

6  ("Recontrust") as the trustee.

7        10.    On or around May 22, 2012, MERS recorded an assignment of deed of trust in

8  favor of Defendant U.S. Bank, as Trustee. Plaintiffs are informed and believe that the

9  Assignment fraudulently attempted to also assign the NOTE, which has never been assigned to

10  the MERS, and never been owned by nor possessed by MERS. Therefore, MERS did not have

11  any interest in the NOTE and could not have assigned the NOTE or any interest therein to

12  Defendant U.S. Bank, as Trustee

13           **FIRST CAUSE OF ACTION: CANCELATOIN OF INSTRUMENT**

                    **Civil Code §§3412 and 2924h(b)**

14              **(Against Defendant U.S. Bank, as Trustee)**

15        11.    Plaintiffs re-allege and incorporates by reference all preceding paragraphs as

16  though fully set forth hereafter.

17        12.    Plaintiffs allege that although U.S. Bank, as Trustee held itself out to be the

18  Beneficiary of the Deed of Trust, like MERS before it, simply being named as the Beneficiary of

19  a Deed of Trust in the Deed of Trust is not relevant to the question of the identity of the "present

20  beneficiary" of the Deed of Trust.

21        13.    Although the Assignment of Deed of Trust also purported to assign the NOTE,

22  Plaintiff is informed and believes that MERS was never a party to the NOTE, never assigned any

23  interest in the NOTE and never had possession of the NOTE. MERS therefore had nothing to

24  assign over to U.S. Bank, as Trustee.

25        14.    Plaintiff is informed and believes that Defendant U.S. Bank, as Trustee, did not

26  have possession of the NOTE on the date of the Trustee's Sale, and therefore did not have the

capability of making a credit bid.  It is important to note that this action is not based upon the right of any particular entity to initiate the foreclosure, or even hold the Trustee's Sale, it is solely about whether Defendant U.S. Bank, as Trustee had the right to make a "credit bid" at the Trustee's Sale.

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, set forth below.

## RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1.     For a declaration of the rights of the parties with respect to the Subject Property;

2.     For a temporary restraining order, preliminary injunction, and permanent injunction to prevent Defendants and their agents, servants, and employees, and all persons acting under, in concert with, or for Defendants, from asserting any interest in the Subject Property or otherwise attempting in any manner to dispossess Plaintiff of title to or possession of the Subject Property;

3.     For Cancelation of the Trustee's Deed Upon Sale;

4.     For damages according to proof at trial;

5.     For costs of suit and attorneys' fees herein incurred; and

6.     For such other relief as the Court may deem just and proper.

DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of each and every claim so triable.

DATED: August 31, 2018

Michael Yesk
Yesk Law
Attorneys for Plaintiff

COMPLAINT - 4

# Discovery Facilitator Program

In an attempt to avoid protracted, costly and unnecessary discovery disputes, the following Departments are requiring parties to participate in the Discovery Facilitator Program prior to filing a motion in the Court to compel discovery - unless the judge specifically orders otherwise. If you are filing your motion directly with the Court without specific judicial instructions, please include proof of exemption from this program with your filing.

CIVIL

Department 9 – Hon. Judith Craddick

Department 12 – Hon. Charles S. Treat

Department 15 – Hon. Susanne Fenstermacher

Department 33 – Hon. Steven Austin

Department 39 – Hon. Ed Weil


PROBATE

Department 14 – Hon. John Sugiyama

Department 15 – Hon. Susanne Fenstermacher


Discovery Facilitators are experienced attorneys who are volunteering their time to assist the Court in resolving these disputes.  There is no cost for participating in the Program.

Go to www.cc-courts.org/dfprogram for details on this Program.

SUPERIOR COURT - MARTINEZ
COUNTY OF CONTRA COSTA
MARTINEZ, CA, 94553

ENOS VS U.S. BANK, N.A.

NOTICE OF CASE MANAGEMENT CONFERENCE          CIVMSC18-01798

1.   NOTICE: THE CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED FOR:

DATE:  01/18/19      DEPT:  33      TIME:   8:30

THIS FORM, A COPY OF THE NOTICE TO PLAINTIFFS, THE ADR INFORMATION
SHEET, A BLANK CASE MANAGEMENT CONFERENCE QUESTIONNAIRE, AND A BLANK
STIPULATION FORM ARE TO BE SERVED ON OPPOSING PARTIES.   ALL PARTIES
SERVED WITH SUMMONS AND COMPLAINT/CROSS-COMPLAINT OR THEIR ATTORNEY
OF RECORD MUST APPEAR.

2.   You may stipulate to an earlier Case Management Conference.   If
all parties agree to an early Case Management Conference, please
contact the Court Clerk's Office at (925)608-1000 for Unlimited Civil
and Limited Civil cases for assignment of an earlier date.

3.   You must be familiar with the case and be fully prepared to par-
ticipate effectively in the Case Management Conference and to discuss
the suitability of this case for the EASE Program, private mediation,
binding or non-binding arbitration, and/or use of a Special Master.

4.   At any Case Management Conference the court may make pretrial
orders including the following:

     a.   an order establishing a discovery schedule
     b.   an order referring the case to arbitration
     c.   an order transferring the case to limited jurisdiction
     d.   an order dismissing fictitious defendants
     e.   an order scheduling exchange of expert witness information
     f.   an order setting subsequent conference and the trial date
     g.   an order consolidating cases
     h.   an order severing trial of cross-complaints or bifurcating
          issues
     i.   an order determining when demurrers and motions will be filed

                         SANCTIONS
If you do not file the Case Management Conference Questionnaire or
attend the Case Management Conference or participate effectively in
the Conference, the court may impose sanctions (including dismissal of
the case and payment of money).

          Clerk of the Superior Court of Contra Costa County
I declare under penalty of perjury that I am not a party to this
action, and that I delivered or mailed a copy of this notice to the
person representing the plaintiff/cross-complainant.

Dated:   08/31/18          _____
                              D. WAGNER
                              Deputy Clerk of the Court

*Superior Court of California, County of Contra Costa*

# <u>UNLIMITED</u> JURISDICTION

## Civil Actions

## PACKET

### <u>What you will find in this packet</u>:

- **Interpreter Request** (MC-300e&s)
- **Notice To Plaintiffs** (CV-655a-INFO)
- **Notice To Defendants** (CV-655d-INFO)
- **ADR Case Management Stipulation and Order** (CV-655b)
- **Case Management Statement** (CM-110)
- **Alternative Dispute Resolution (ADR) Information** (CV-655c-INFO)

*You Can Get Court Forms FREE at:  www.cc-courts.org/forms*

## Superior Court of California, County of Contra Costa

## <u>Interpreter Request</u>

If you need an interpreter, please complete the form below and submit it to any Filing Window or courtroom.

Case Number: _____

**Case Type:**

| | |
|---|---|
| ☐ Criminal | ☐ Small Claims – ($10,000 or less) |
| ☐ Traffic | ☐ Civil – ☐ $25,000  ☐ over $25,000 |
| ☐ Civil Harassment | ☐ Civil – Other _____ |
| ☐ Conservatorship | ☐ Family Law |
| ☐ Proceedings to terminate parental rights | ☐ Unlawful Detainer |
| ☐ Dependent Adult Abuse | ☐ Guardianship |
| ☐ Juvenile | ☐ Elder Abuse |

Party Requesting Interpreter:_____

Is interpreter for a witness?   ☐ Yes   ☐ No

Phone Number(s) where party can be reached: _____

Date of Hearing: _____      Time of Hearing: _____

Department: _____   Location: ☐ Martinez   ☐ Pittsburg   ☐ Richmond   ☐ Walnut Creek

Language Needed:   ☐ Spanish   ☐ Mandarin   ☐ Cantonese   ☐ Vietnamese

☐ Other: _____

To avoid the risk that your hearing will have to be postponed, please submit this form a minimum of one week in advance.

Current information about this program is available at our website:
www.cc-courts.org/interpreter

## Superior Court of California, County of Contra Costa

## NOTICE TO PLAINTIFFS
In Unlimited Jurisdiction Civil Actions

### AFTER YOU FILE YOUR COURT CASE:

1. **Have the forms the clerk gives you served on all defendants in this case:**
   a. The Complaint
   b. The Summons
   c. The Notice of Case Management Conference (shows hearing date and time)
   d. The Notice to Defendants  (Local Court Form CV-655d-INFO)
   e. Blank: Case Management Statement (Judicial Council Form CM-110)
   f. Blank: Stipulation and Order to Attend ADR and Delay First Case Management Conference 90 Days  (Local Court Form CV-655b)
   g. Alternative Dispute Resolution (ADR) Information (Local Court Form CV-655c-INFO)

2. Within 60 days of the date you filed the complaint **you must prove that the forms have been served on (delivered to) the defendants correctly** by filing the ***Proof of Service*** form (POS-010) (completed by the person who did the service) with the court.

3. **Go to the case management conference on the date indicated on** The Notice of Case Management Conference.

4. **Consider using mediation, arbitration, or neutral case evaluation (ADR) to resolve the dispute.** All parties must answer questions about ADR on the *Case Management Statement* form. For more information, see the enclosed ADR information, visit www.cc-courts.org/adr, or email adrweb@contracosta.courts.ca.gov

5. **You may delay the first case management conference while you try to resolve the dispute in ADR.**  If all parties agree to use ADR, complete and file the Stipulation and Order to Attend ADR and Continue First Case Management Conference 90 Days form to tell the court you want to use this option.

All civil actions *(except juvenile, probate, family, unlawful detainer, extraordinary writ, and asset forfeiture¹)* and personal injury cases where a party is claiming damages² must meet the Civil Trial Delay Reduction time limits for filing documents and moving their cases forward. These time limits are listed in California Rule of Court 3.110 and Local Court Rules; Title Three. If parties miss these deadlines, a judge might issue an order *(Order to Show Cause)* for them to explain in court why they should not have to pay a fine or have their case dismissed.

### VIEW LOCAL COURT RULES AT: (WWW.CC-COURTS.ORG/RULES)

---

*¹ Health and Safety Code §11470 et seq.*
*² Including claims for emotional distress and/or wrongful death.*

**Superior Court of California, County of Contra Costa**

# NOTICE TO DEFENDANTS
In <u>Unlimited Jurisdiction</u> Civil Actions

<u>YOU ARE BEING SUED.</u>  The packet you have been served should contain:

    a.    The Summons
    b.    The Complaint
    c.    The Notice of Case Management (shows hearing date and time)
    d.    <u>Blank</u>: Case Management Statement (Judicial Council Form CM-110)
    e.    <u>Blank</u>: Stipulation and Order to Attend ADR and Delay First Case Management Conference 90 Days (Local Court Form CV-655b)
    f.    Alternative Dispute Resolution (ADR) Information  (Local Court Form CV-655c-INFO)

---

 ## <u>WHAT DO I DO NOW?</u> 

<u>You must:</u>

1. **Prepare your response**   YOU COULD LOSE YOUR CASE—even before it is heard by a judge or before you can defend yourself, if you do not prepare and file a response on time. See the other side of this page for types of responses you can prepare.

2. **Complete the *Case Management  Statement*** *(CM-110)*

3. **File and serve your court papers on time**   Once your court forms are complete, you <u>must</u> file 1 original and 2 copies of the forms at court. An adult who is NOT involved in your case must serve one set of forms on the Plaintiff. If you were served in person you must file your response in 30 days. If the server left a copy of the papers with an adult living at your home or an adult in charge at your work or you received a copy by mail you must file your response in 40 days.

4. **Prove you served your court papers on time**  by having your server complete a *Proof of Service, (Judicial Council form POS-040)*, that <u>must</u> be filed at the court within <u>60</u> days.

5. **Go to court** on the date and time given in the *Notice of Case Management Conference.*

6. **Consider trying to settle your case before trial**  If you and the other party to the case can agree to use mediation, arbitration or neutral case evaluation, the <u>*Stipulation and Order to Attend ADR and Delay First Case Management Conference 90 Days*</u> can be filed with your other papers.  For more information read the enclosed ADR information, visit <u>www.cc-courts.org/adr</u>, or email <u>adrweb@contracosta.courts.ca.gov</u>.

IMPORTANT! The court recommends consulting an attorney for all or part of your case.  While you may represent yourself, lawsuits can be complicated, and the court cannot give you legal advice.

---

<u>COURT FEES:</u>  You must pay court fees the first time you file your papers.  If you also file a motion, you must pay another fee.  If you cannot afford the fees, you may ask the court to waive (allow you not to pay) fees. Use Judicial Council forms FW-001-INFO [information sheet]; FW-001 [application]; and FW-003 [order].

<u>COURT FORMS:</u>  Buy forms at the Law Library (1020 Ward Street, Martinez, CA) or download them for free at: <u>www.courtinfo.ca.gov/forms/</u>

**SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF CONTRA COSTA**

_____
_____
Plaintiff(s) / Cross Plaintiff(s)

vs.

_____
_____
Defendant(s) / Cross Defendant(s)

### _ADR Case Management Stipulation and Order_
_(Unlimited Jurisdiction Civil Cases)_

CASE NO: _____

---

► ALL PARTIES STIPULATING TO ADR AND DELAYING THEIR CASE MANAGEMENT CONFERENCE 90 DAYS MUST SUBMIT THE ORDER FOR THE JUDGE'S SIGNATURE AND FILE THIS FORM AT LEAST 15 DAYS BEFORE THEIR CASE MANAGEMENT CONFERENCE. (NOT AVAILABLE IN COMPLEX LITIGATION CASES.)

► PARTIES MUST ALSO SEND A COPY OF THIS _FILED_ STIPULATION AND ORDER TO THE ADR OFFICE: EMAIL adrweb@contracosta.courts.ca.gov  FAX: (925) 608-2109  MAIL: P.O. BOX 911, MARTINEZ, CA 94553

---

**Counsel and all parties agree to delay their case management conference 90 days to attend ADR and complete pre-ADR discovery as follows:**

1. Selection and scheduling for Alternative Dispute Resolution (ADR):
   a. The parties have agreed to ADR as follows:
      i. ❑ Mediation  (❑ Court-connected ❑ Private)
      ii. ❑ Arbitration  (❑ Judicial Arbitration (non-binding)  ❑ Private (non-binding)  ❑ Private (binding))
      iii. ❑ Neutral case evaluation
   b. The ADR neutral shall be selected by (date): _____ (no more than 14 days after filing this form)
   c. ADR shall be completed by (date): _____ (no more than 90 days after filing this form)
2. The parties will complete the following discovery plan:
   a. ❑ Written discovery:  (❑ Additional page(s) attached)
      i. ❑ Interrogatories to:
      ii. ❑ Request for Production of Documents to:
      iii. ❑ Request for Admissions to:
      iv. ❑ Independent Medical Evaluation of:
      v. ❑ Other:
   b. ❑ Deposition of the following parties or witnesses: (❑ Additional page(s) attached)
      i. _____
      ii. _____
      iii. _____
   c. ❑ No Pre-ADR discovery needed
3. The parties also agree: _____
   _____
4. Counsel and self-represented parties represent they are familiar with and will fully comply with all local court rules related to ADR as provided in Title Three; Chapter 5, will pay the fees associated with these services, and understand that if they do not, without good cause, comply with this stipulation and all relevant local court rules, they may be subject to sanctions.

| | | | |
|---|---|---|---|
| _____ | ___ | _____ | ___ |
| Counsel for Plaintiff _(print)_ | Fax | Counsel for Defendant _(print)_ | Fax |
| _____ | | _____ | |
| Signature | | Signature | |
| _____ | ___ | _____ | ___ |
| Counsel for Plaintiff _(print)_ | Fax | Counsel for Defendant _(print)_ | Fax |
| _____ | | _____ | |
| Signature | | Signature | |

---

Pursuant to the Stipulation of the parties, and subject to the _Case Management Order_ to be filed, **IT IS SO ORDERED** that the Case Management Conference set for _____ is vacated and rescheduled for _____ at (8:30 a.m. / _____ ) **Plaintiff / Plaintiff's counsel must notify all parties of the new case management conference.**

Dated: _____      _____
**Judge of the Superior Court**

---

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:        FAX NO. *(Optional):* | |
| E-MAIL ADDRESS *(Optional):* | |
| ATTORNEY FOR *(Name):* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME:

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| **CASE MANAGEMENT STATEMENT** | CASE NUMBER: |
|---|---|
| *(Check one):*  ☐ **UNLIMITED CASE**        ☐ **LIMITED CASE** <br> (Amount demanded        (Amount demanded is $25,000 <br> exceeds $25,000)        or less) | |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date:                Time:                Dept.:        Div.:        Room:

Address of court *(if different from the address above):*

☐ Notice of Intent to Appear by Telephone,  by *(name):*

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. ☐ This statement is submitted by party *(name):*
   b. ☐ This statement is submitted **jointly** by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):*
   b. ☐ The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not):*
      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names):*
      (3) ☐ have had a default entered against them *(specify names):*
   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*

4. **Description of case**
   a. Type of case in ☐ complaint ☐ cross-complaint *(Describe, including causes of action):*

Form Adopted for Mandatory Use <br> Judicial Council of California <br> CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court, <br> rules 3.720–3.730 <br> www.courts.ca.gov

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

10.  c.  Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information):*

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply):* | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation):* |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date):*<br>☐ Agreed to complete mediation by *(date):*<br>☐ Mediation completed on *(date):* |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date):*<br>☐ Agreed to complete settlement conference by *(date):*<br>☐ Settlement conference completed on *(date):* |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date):*<br>☐ Agreed to complete neutral evaluation by *(date):*<br>☐ Neutral evaluation completed on *(date):* |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date):*<br>☐ Agreed to complete judicial arbitration by *(date):*<br>☐ Judicial arbitration completed on *(date):* |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date):*<br>☐ Agreed to complete private arbitration by *(date):*<br>☐ Private arbitration completed on *(date):* |
| (6) Other *(specify):* | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date):*<br>☐ Agreed to complete ADR session by *(date):*<br>☐ ADR completed on *(date):* |

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

**17. Economic litigation**

　　a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

　　b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

　　☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

　　a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

　　b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

**20. Total number of pages attached** *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date:

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.



## CONTRA COSTA COUNTY SUPERIOR COURT
## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION

All judges in the Civil Trial Delay Reduction Program agree that parties should consider using Alternative Dispute Resolution (ADR) to settle their cases. To tell the court you will use ADR:

- Choose ADR on the *Case Management Form* (CM-110);
- File a *Stipulation and Order to Attend ADR and Continue First Case Management Conference 90-Days* (local court form); or
- Agree to ADR at your first court appearance.

*Questions?* Email adrweb@contracosta.courts.ca.gov *or call (925) 608-2075*

## MEDIATION

Mediation is often faster and less expensive than going to trial. Mediators help people who have a dispute talk about ways they can settle their case. Parties email, fax or visit the ADR Programs office to get a list of mediators. After parties have agreed on a mediator, they must write a summary (5 pages or less) explaining the facts, legal arguments, and legal authority for their position. They must send this summary to the other parties and the mediator at least 5 court days before mediation starts.

ALL parties and attorneys must go to mediation. Mediation can be held whenever and wherever the parties and the mediator want, as long as they finish before the court deadline. In some kinds of court cases, parties have the chance to mediate in the courthouse on their trial day.

Most mediators begin by talking with the parties together, helping them focus on the important issues. The mediator may also meet with each party alone. Mediators often ask parties for their ideas about how to settle the case. Some mediators tell the parties how much money they think a case is worth, or tell them what they think might happen if the case went to trial. Other mediators help the parties decide these things for themselves. No matter what approach a mediator takes, decisions about settling a case can only be made when all the parties agree.

If the parties go through the court ADR program, mediators do not charge fees for the first half hour spent scheduling or preparing for mediation. They also do not charge fees for the first two hours of mediation. If parties need more time, they must pay the mediators regular fees. Some mediators ask for a deposit before mediation starts. Mediators who do this must give back whatever is left after counting the time he or she spent preparing for or doing the mediation. A party whose court fees have been waived (cancelled) may ask if their mediation fees or deposit can be waived.

If parties agree about how they will settle their case, they can choose to keep it private, write it up as a contract, or ask the judge to make it a court order. What parties say and agree to in mediation is confidential (private).

## PRIVATE MEDIATION

Private mediation works in the same way as judicial mediation, but the parties do not go through the ADR Programs office. Parties choose a mediator on their own, and pay the mediator's normal fees.

## TEMPORARY JUDGE

Some parties want a trial, but want to choose who will decide the case and when the trial will take place. Parties can agree on an attorney that they want the court to appoint as a temporary judge for their case. (See Article 6, Section 21 of the State Constitution and Rule 2.830 of the California Rules of Court.) Temporary judges have nearly the same authority as a superior court judge to conduct a trial and make decisions. As long as the parties meet the court deadline, they can schedule the trial at their own and the temporary judge's convenience.

Each of the temporary judges on the court's panel has agreed to serve at no charge for up to 5 court days. If the parties need more time, they must pay that person's regular fees. All parties and their lawyers must attend the trial, and provide a copy of all briefs or other court documents to the temporary judge at least two weeks before the trial. These trials are similar to other civil trials, but are usually held outside the court. The temporary judge's decision can be appealed to the superior court. There is no option for a jury trial. The parties must provide their own court reporter.

## SPECIAL MASTER

A special master is a private lawyer, retired judge, or other expert appointed by the court to help make day-to-day decisions in a court case. The special master's role can vary, but often includes making decisions that help the discovery (information exchange) process go more smoothly. He or she can make decisions about the facts in the case. Special masters can be especially helpful in complex cases. The trial judge defines what the special master can and cannot do in a court order.

Special masters often issue both interim recommendations and a final report to the parties and the court. If a party objects to what the special master decides or reports to the court, that party can ask the judge to review the matter. In general, the parties choose (by stipulation) whom they want the court to appoint as the special master, but there are times (see California Code of Civil Procedure Section 639), when the court may appoint a special master or referee without the parties' agreement. The parties are responsible to pay the special master's regular fees.

## COMMUNITY MEDIATION SERVICES

Mediation Services are available through non-profit community organizations. These low-cost services are provided by trained volunteer mediators.  For more information about these programs contact the ADR Program at adrweb@contracosta.courts.ca.gov

1  Michael Yesk (SB#130056)
   Yesk Law
2  70 Doray Drive, Suite 14
   Pleasant Hill, CA 94523-2981
3  (925) 849-5525
   yesklaw@gmail.com
4  Attorneys for Plaintiff

5

6

7                SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                        COUNTY OF CONTRA COSTA

9

10  MICHAEL ENOS and PAULA ENOS,        )  Case No: MSC18-01798
                                        )  Dept. 33 Judge Steven K. Austin
11             Plaintiffs,              )
                                        )  PLAINTIFFS' AFFIDAVIT OF PREJUDICE
12        V.                            )  PEREMPTORY CHALLENGE
                                        )  CCP §170.6
13  U.S. BANK, N.A. AS TRUSTEE FOR THE  )
    GSR MORTGAGE LOAN TRUST 2006-1F;    )
14  AND DOES 1-10, INCLUSIVE,           )
                                        )
15                                      )
                                        )
16             Defendants.              )
    _____)
17

18  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19  Michael Yesk, being duly sworn, deposes and says: That he is an attorney for a party, the

20  Plaintiffs to the within action. That the Honorable Steven K. Austin, the judge to whom this

21  action has been assigned, is prejudiced against the party and the interest of the party so that

22  affiant cannot or believes that he cannot have a fair and impartial trial or hearing before the

23  judge.  Subscribed and sworn to before me this 31st Day of August, 2018.

24  DATED: August 31, 2018

25                                    _____
                                      Michael Yesk
26                                    Yesk Law
                                      Attorneys for Plaintiffs

              PLAINTIFFS' AFFIDAVIT OF PREJUDICE PEREMPTORY CHALLENGE
                                 CCP §170.6 - 1

POS-040

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: 1<br>NAME: Michael Yesk, Esq.<br>FIRM NAME: Yesk Law<br>STREET ADDRESS: 70 Doray Dr., Suite 14<br>CITY: Pleasant Hill  STATE: CA  ZIP CODE: 94523-2981<br>TELEPHONE NO.: 925-849-5525  FAX NO.: 925-887-6642<br>E-MAIL ADDRESS: yesklaw@gmail.com<br>ATTORNEY FOR (name): Plaintiffs | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA<br>STREET ADDRESS: 725 Court St.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Martinez, CA 94553<br>BRANCH NAME: Wakefield Taylor | |
| Plaintiff/Petitioner: Enos<br>Defendant/Respondent: U.S. Bank, N.A., as Trustee, et al. | CASE NUMBER:<br>MSC18-01798 |
| PROOF OF SERVICE—CIVIL<br>Check method of service (only one):<br>☐ By Personal Service  ☒ By Mail  ☐ By Overnight Delivery<br>☐ By Messenger Service  ☐ By Fax | JUDICIAL OFFICER:<br>Steven K. Austin<br>DEPARTMENT:<br>33 |

**Do not use this form to show service of a summons and complaint or for electronic service.
See USE OF THIS FORM on page 3.**

1. At the time of service I was over 18 years of age and **not a party to this action.**

2. My residence or business address is:

   70 Doray Dr., Suite 14 Pleasant Hill, CA 94523-2981

3. ☐  The fax number from which I served the documents is (complete if service was by fax):

4. On (date): August 31, 2018  I served the following documents (specify):
   PLAINTIFFS' AFFIDAVIT OF PREJUDICE PEREMPTORY CHALLENGE
   CCP §170.6

   ☐  The documents are listed in the Attachment to Proof of Service–Civil (Documents Served) (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a.  Name of person served: U.S. Bank N.A., as Trustee FOR THE GSR MORTGAGE LOAN TRUST 2006-1F
   b.  ☐  (Complete if service was by personal service, mail, overnight delivery, or messenger service.)
       Business or residential address where person was served:
       c/o U.S. Bancorp 800 Nicollet Mall Minneapolis, MN 55402-7000
   c.  ☐  (Complete if service was by fax.)
       Fax number where person was served:

       ☐  The names, addresses, and other applicable information about persons served is on the Attachment to Proof of Service—Civil (Persons Served) (form POS-040(P)).

6. The documents were served by the following means (specify):
   a.  ☐  **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
www.courts.ca.gov

| CASE NAME: | | CASE NUMBER:<br>MSC18-01798 |
|---|---|---|

POS-040

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one):*

(1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Michael Yesk
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾    ► ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
(TYPE OR PRINT NAME OF DECLARANT)                          (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾    ► ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
(NAME OF DECLARANT)                          (SIGNATURE OF DECLARANT)

CM-015

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Michael Yesk (SBN 130056)
Yesk Law
70 Doray Dr., Suite 14
Pleasant Hill, CA 94523-2981
TELEPHONE NO.: 925-849-5525      FAX NO. *(Optional):* 925-887-6642
E-MAIL ADDRESS *(Optional):* yesklaw@gmail.com
ATTORNEY FOR *(Name):* Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA
STREET ADDRESS: 725 Court St.
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME: Wakefield Taylor

PLAINTIFF/PETITIONER: Enos

DEFENDANT/RESPONDENT: U.S. Bank, N.A., as Trustee, et al.

**NOTICE OF RELATED CASE**

FILED
2018 AUG 31  A 8: 22
KATE BIEKER
CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CA
BY: D. WAGNER

CASE NUMBER:
C18- 01798

JUDICIAL OFFICER:

DEPT.:

---

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: Enos v. Bank of America, N.A., et al.
   b. Case number: MSC17-02202
   c. Court: [✓] same as above
              [ ] other state or federal court *(name and address):*
   d. Department: 12
   e. Case type: [ ] limited civil [✓] unlimited civil [ ] probate [ ] family law [ ] other *(specify):*
   f. Filing date: November 16, 2017
   g. Has this case been designated or determined as "complex?" [ ] Yes [✓] No
   h. Relationship of this case to the case referenced above *(check all that apply):*
      [ ] involves the same parties and is based on the same or similar claims.
      [ ] arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
      [✓] involves claims against, title to, possession of, or damages to the same property.
      [ ] is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
          [ ] Additional explanation is attached in attachment 1h
   i. Status of case:
      [✓] pending
      [ ] dismissed [ ] with [ ] without prejudice
      [ ] disposed of by judgment

2. a. Title:
   b. Case number:
   c. Court: [ ] same as above
              [ ] other state or federal court *(name and address):*
   d. Department:

Form Approved for Optional Use
Judicial Council of California
CM-015 [Rev. July 1, 2007]

**NOTICE OF RELATED CASE**

Page 1 of 3

Cal. Rules of Court, rule 3.300
www.courtinfo.ca.gov

| | CM-015 |
|---|---|
| PLAINTIFF/PETITIONER: Enos | CASE NUMBER: |
| DEFENDANT/RESPONDENT: U.S. Bank, N.A., as Trustee, et al. | |

2. *(continued)*

   e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

   f. Filing date:

   g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

   h. Relationship of this case to the case referenced above *(check all that apply):*

     ☐ involves the same parties and is based on the same or similar claims.

     ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

     ☐ involves claims against, title to, possession of, or damages to the same property.

     ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

       ☐ Additional explanation is attached in attachment 2h

   i. Status of case:

     ☐ pending

     ☐ dismissed ☐ with ☐ without prejudice

     ☐ disposed of by judgment

3.  a. Title:

   b. Case number:

   c. Court: ☐ same as above

     ☐ other state or federal court *(name and address):*

   d. Department:

   e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

   f. Filing date:

   g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

   h. Relationship of this case to the case referenced above *(check all that apply):*

     ☐ involves the same parties and is based on the same or similar claims.

     ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

     ☐ involves claims against, title to, possession of, or damages to the same property.

     ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

       ☐ Additional explanation is attached in attachment 3h

   i. Status of case:

     ☐ pending

     ☐ dismissed ☐ with ☐ without prejudice

     ☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: _____

Date: August 31, 2018

Michael Yesk
_____
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

**CM-015**

| PLAINTIFF/PETITIONER: Enos | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: U.S. Bank, N.A., as Trustee, et al. | |

### PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF RELATED CASE

(NOTE: You cannot serve the Notice of Related Case if you are a party in the action. The person who served the notice must complete this proof of service. The notice must be served on all known parties in each related action or proceeding.)

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify):*

   70 Doray Dr., Suite 14
   Pleasant Hill, CA 94523-2981

2. I served a copy of the *Notice of Related Case* by enclosing it in a sealed envelope with first-class postage fully prepaid and *(check one):*

   a. ☑ deposited the sealed envelope with the United States Postal Service.

   b. ☐ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Related Case* was mailed:

   a. on *(date):* August 31, 2018

   b. from *(city and state):* Pleasant Hill, CA 94523-2981

4. The envelope was addressed and mailed as follows:

   a. Name of person served:
      Elena A. Leonard
      Street address: 1851 East First St., 10th Floor
      City: Santa Ana
      State and zip code: CA 92705-4052

   c. Name of person served:

      Street address:
      City:
      State and zip code:

   b. Name of person served:

      Street address:
      City:
      State and zip code:

   d. Name of person served:

      Street address:
      City:
      State and zip code:

☐ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 31, 2018

Michael Yesk
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

CM-015 [Rev. July 1, 2007]     **NOTICE OF RELATED CASE**     Page 3 of 3

copy/duplicate has not been
compared to original document

1  Recording Requested by, Return to:

2  Michael Yesk (SB#130056)
   Yesk Law
3  70 Doray Drive, Suite 14               08/31/2018,20180139758
   Pleasant Hill, CA 94523-2981
   (925) 849-5525
4  yesklaw@gmail.com
   Attorneys for Plaintiff
5

6              SUPERIOR COURT OF THE STATE OF CALIFORNIA

7                       COUNTY OF CONTRA COSTA

8

9  MICHAEL ENOS and PAULA ENOS,        )  Case No: C18~01798
                                       )
10            Plaintiffs,              )
                                       )  NOTICE OF PENDENCY OF ACTION
11     V.                             )  CCP § 405.20
                                       )  APN: 244-082-003-9
12 U.S. BANK, N.A. AS TRUSTEE FOR THE )  ADDRESS: 1059 Via Roble, Lafayette, CA
   GSR MORTGAGE LOAN TRUST 2006-1F;   )  94549
13 AND DOES 1-10, INCLUSIVE,          )
                                       )
14                                     )
              Defendants.             )
15 _____)

16

17        NOTICE IS HEREBY GIVEN that the above-entitled action was filed in the above-

18 entitled court on August 31, 2018 by Plaintiffs MICHAEL ENOS and PAULA ENOS against

19 Defendants U.S. BANK, N.A. AS TRUSTEE FOR THE GSR MORTGAGE LOAN TRUST

20 2006-1F; AND DOES 1-10, INCLUSIVE. The action affects title to specific real property

21 identified in the Complaint in this action.

22        The specific real property affected by this Action is located in Contra Costa County,

23 California, and is described as follows:

24 APN: 244-082-003-9
   ADDRESS: 1059 Via Roble, Lafayette, CA 94549
25

26

                       NOTICE OF PENDENCY OF ACTION - 1

1

2   DATED: August 31, 2018

3                                   Michael Yesk
                                    Yesk Law
4                                   Attorneys for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Michael Yesk (SB#130056)
Yesk Law
70 Doray Drive, Suite 14
Pleasant Hill, CA 94523-2981
925-849-5525
yesklaw@gmail.com
Attorney for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

**Proof of Service**
Case Name: Enos v. Bank of America, N.A. et al.
Case No.: MSC18-

I am employed in the City of Pleasant Hill in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action. My address is 70 Doray Drive, Suite 14, Pleasant Hill, CA 94523-2981.

On August 31, 2018, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons listed on the Service List below, as follows:

• NOTICE OF PENDENCY OF ACTION

__x__ **Mail:** I placed the envelopes for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Post Office, in a sealed envelope with postage fully pre-paid. I am a resident or employed in the county in which the mailing occurred. The envelope was placed in the mail in Pleasant Hill, CA.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge.

PROOF OF SERVICE

1

SERVICE LIST

U.S. Bank, N.A.
AS TRUSTEE FOR THE GSR MORTGAGE
LOAN TRUST 2006-1F
c/o U.S. Bancorp
800 Nicollet Mall
Minneapolis, MN 55402


Executed at Pleasant Hill, California, on August 31, 2018.


Michael Yesk


PROOF OF SERVICE

2



U.S. POSTAGE
$8.25
FCM LG ENV
94520
Date of sale
08/31/18
06
1148535
SK
SS
2S
071880651172540

## USPS FIRST-CLASS MAIL ®

5.40 oz

RETURN RECEIPT REQUESTED

SHIP
TO:

MINNEAPOLIS, MN 55402

USPS CERTIFIED MAIL

9514 7065 7396 8243 0017 23

RECEIVED BY
SEP 0 7 2018
TRUST LAW DIVISION DEPT