Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Raffi L. Kassabian (SBN 260358)
Email: rkassabian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Le T. Duong (SBN 297662)
Email: lduong@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant U.S. Bank, N.A., as Trustee
for the GSR Mortgage Loan Trust 2006-1F, Mortgage
Pass-Through Certificates, Series 2006-1F

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ENOS and PAULA ENOS,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK, N.A. AS TRUSTEE FOR THE GSR MORTGAGE LOAN TRUST 2006-1F; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>[Removal from Contra Costa County Superior Court, Case No.: C18-01798]<br><br>**DEFENDANT U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE GSR MORTGAGE LOAN TRUST 2006-1F'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>*[Filed concurrently with Civil Cover Sheet, Notice of Removal and Declaration]* |

The following disclosures are made by Defendant U.S. Bank, National Association, As Trustee for the GSR Mortgage Loan Trust 2006-1F, Mortgage Pass-Through Certificates, Series 2006-1F pursuant to Federal Rule of Civil Procedure 7.1.

1. U.S. Bank, National Association, (sued in its capacity as trustee for The GSR Mortgage Loan Trust 2006-1F, Mortgage Pass-Through Certificates, Series 2006-1F) is a wholly

owned subsidiary of U.S. Bancorp, a publicly held corporation trading under the symbol USB.  U.S. Bancorp has no parent company and no publicly held corporation owns 10% or more of its stock.

DATED:  October 4, 2018            REED SMITH LLP

By  /s/ Le T. Duong
    Le T. Duong
    Abraham J. Colman
    Raffi L. Kassabian Attorneys for Defendant U.S. Bank, N.A., as Trustee for the GSR Mortgage Loan Trust 2006-1F, Mortgage Pass-Through Certificates, Series 2006-1F

CORPORATE DISCLOSURE STATEMENT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware